1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER BAILEY,<br><br>        Plaintiff,<br><br>    vs.<br><br>BARBOSA V MAYRA D/B/A MARISCOS EL RINCON DE NAYARIT; PARAMJIT SINGH, AS TRUSTEE OF THE PARAMJIT SINGH LIVING TRUST; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:24-cv-01015 PA (JDEx)**<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

[PROPOSED] ORDER

1  Based on the request from Plaintiff and for good cause shown:

3  IT IS HEREBY ORDERED that the entire action be dismissed without

5  prejudice with the Court to retain jurisdiction up until May 26, 2024.

7  SO ORDERED.

9  DATED:  April 26, 2024         _____
                                   _ Percy Anderson
                                   United States District Court Judge